| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-15862-AMC

EDWIN  GRUBB
875 GERANIUM DRIVE
WARRINGTON  PA    18974

Petition Filed Date: 09/06/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $653.33 | 670623 | 02/07/2019 | $653.33 | 670656 | 03/04/2019 | $653.33 | 670681 |
| 04/03/2019 | $653.33 | Automatic Payı | 05/01/2019 | $653.33 | Automatic Payı | 06/03/2019 | $653.33 | Automatic Payı |
| 07/08/2019 | $653.33 | Automatic Payı | 07/31/2019 | $653.33 | Automatic Payı | 09/03/2019 | $653.33 | Automatic Payı |
| 10/01/2019 | $653.33 | | 10/31/2019 | $653.33 | | 12/03/2019 | $653.33 | |
| 01/02/2020 | $653.33 | | 01/31/2020 | $653.33 | | 03/02/2020 | $653.33 | |
| 03/31/2020 | $653.33 | | 07/31/2020 | $710.00 | | | | |

**Total Receipts for the Period:  $11,163.28    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,583.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK  »» 004 | Unsecured Creditors | $3,890.28 | $1,167.97 | $2,722.31 |
| 5 | AMERICAN EXPRESS NATIONAL BANK  »» 005 | Unsecured Creditors | $4,484.78 | $1,346.48 | $3,138.30 |
| 2 | AMERICAN INFOSOURCE LP  »» 002 | Unsecured Creditors | $7,623.03 | $2,288.71 | $5,334.32 |
| 6 | BECKET & LEE, LLP  »» 006 | Unsecured Creditors | $1,263.57 | $379.36 | $884.21 |
| 1 | CITIZENS BANK NA  »» 001 | Unsecured Creditors | $14,599.25 | $4,383.16 | $10,216.09 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES  »» 007 | Unsecured Creditors | $2,333.06 | $700.42 | $1,632.64 |
| 3 | TOYOTA MOTOR CREDIT CORP  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | McCULLOUGH EISENBERG LLC  »» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 18-15862-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,583.14 | Current Monthly Payment: | $653.33 |
| Paid to Claims: | $11,766.10 | Arrearages: | $1,903.32 |
| Paid to Trustee: | $1,178.03 | Total Plan Base: | $39,659.67 |
| Funds on Hand: | $639.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.