*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edwin Grubb
    Debtor(s)

Case No: 18−15862−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay Re: 2013 Toyota Highlander. Fee Amount $181.00, Filed by Toyota Motor Credit Corporation Represented by ROBERT PATRICK WENDT (Counsel).

on: 9/15/20

at: 02:00 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/25/20

Timothy B. McGrath
Clerk of Court

36 − 32
Form 167