United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edwin Grubb  
    Debtor

Case No. 18-15862-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Joan     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                      Form ID: 167    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
```
db            +Edwin Grubb,    875 Geranium Drive,    Warrington, Pa 18976-2487
14192165     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,    PO Box 8026,    Cedar Rapids, IA  52408-8026)
14211506      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
```
              CAROL B. MCCULLOUGH    on behalf of Debtor Edwin  Grubb mcculloughelsenberg@gmail.com,
               cbmccullough64@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT PATRICK WENDT    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com,
               LeopoldAssociatesPAX6428@projects.filevine.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edwin Grubb
    Debtor(s)                                Case No: 18−15862−amc
                                                        Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion for Relief from Stay Re: 2013 Toyota Highlander. Fee Amount $181.00, Filed by Toyota Motor Credit Corporation Represented by ROBERT PATRICK WENDT (Counsel).

on: 9/15/20

at: 02:00 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/25/20

Timothy B. McGrath
Clerk of Court

36 − 32
Form 167