UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edwin Grubb <br> Debtors | |
| Toyota Motor Credit Corporation <br> Movant <br> v. <br> Edwin Grubb <br> Respondent <br> and <br> William C Miller <br> Additional Respondent | BK NO. 18-15862-AMC <br><br> CHAPTER 13 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages included in the Motion for Relief from Automatic Stay have been cured by payments of $1,078.00 on August 10, 2020 and $1,617.00 on August 31, 2020. Debtor is currently due for September 10, 2020.

2. Debtor shall maintain post-petition their current monthly payment under the Agreement in the amount of $539.00 going forward, beginning with September 10, 2020.

3. Payments are to be made and sent to:

    Toyota Motor Credit Corporation
    PO Box 9490
    Cedar Rapids, IA 52409-9490

4. The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 22, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
Attorney for Movant

*[signature]*

Carol B. McCullough, Esquire
Attorney for Debtor

Scott F. Waterman,
Esquire Chapter 13
Trustee

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M Chan

Movant is still in the process of obtaining the Trustee's signature on this Stipulation. Movant wanted to proceed to file the Stipulation so as to comply with this Court's deadline.