United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-15862-amc

Edwin Grubb                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edwin Grubb, 875 Geranium Drive, Warrington, Pa 18976-2487 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Edwin Grubb mccullougheisenberg@gmail.com  cbmccullough64@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| ROBERT PATRICK WENDT | on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER\*R | on behalf of Trustee WILLIAM MILLER\*R ecfmail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |

District/off: 0313-2                                     User: admin                                          Page 2 of 2
Date Rcvd: Jan 25, 2021                           Form ID: pdf900                                 Total Noticed: 1
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edwin Grubb<br><br>                              Debtors | |
| Toyota Motor Credit Corporation<br>                              Movant<br><br>                  v.<br>Edwin Grubb<br><br>                              Respondent<br>                  and<br>William C Miller<br><br>                              Additional Respondent | BK NO. 18-15862-AMC<br><br>CHAPTER 13 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  The post-petition arrearages included in the Motion for Relief from Automatic Stay have been cured by payments of $1,078.00 on August 10, 2020 and $1,617.00 on August 31, 2020. Debtor is currently due for September 10, 2020.

2.  Debtor shall maintain post-petition their current monthly payment under the Agreement in the amount of $539.00 going forward, beginning with September 10, 2020.

3.  Payments are to be made and sent to:

    Toyota Motor Credit Corporation
    PO Box 9490
    Cedar Rapids, IA 52409-9490

4.  The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.

5.  The parties agree that a facsimile signature shall be considered an original signature.

Date: September 22, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
Attorney for Movant

Carol B. McCullough, Esquire
Attorney for Debtor

/s/ *Polly A. Langdon*, Esquire
Polly A. Langdon, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____ , 2020.  However, the court retains discretion regarding entry of any further order.

**Date: January 25, 2021**

_____
Bankruptcy Judge
Ashely M Chan

Movant is still in the process of obtaining the Trustee's signature on this Stipulation. Movant wanted to proceed to file the Stipulation so as to comply with this Court's deadline.