| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-15862-AMC**

EDWIN GRUBB
875 GERANIUM DRIVE
WARRINGTON  PA    18974

Petition Filed Date: 09/06/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $653.33 | | 01/31/2020 | $653.33 | | 03/02/2020 | $653.33 | |
| 03/31/2020 | $653.33 | | 07/31/2020 | $710.00 | | 08/31/2020 | $710.00 | |
| 10/01/2020 | $710.00 | | 11/02/2020 | $710.00 | | 12/02/2020 | $710.00 | |
| 01/04/2021 | $710.00 | | 02/01/2021 | $710.00 | | 03/03/2021 | $710.00 | |
| 03/31/2021 | $710.00 | | 05/03/2021 | $710.00 | | 06/01/2021 | $710.00 | |

**Total Receipts for the Period: $10,423.32    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,683.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,890.28 | $1,911.93 | $1,978.35 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,484.78 | $2,204.13 | $2,280.65 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $7,623.03 | $3,746.51 | $3,876.52 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $1,263.57 | $620.99 | $642.58 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $14,599.25 | $7,175.10 | $7,424.15 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,333.06 | $1,146.58 | $1,186.48 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | McCULLOUGH EISENBERG LLC<br>»» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 18-15862-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,683.14 | Current Monthly Payment: | $653.33 |
| Paid to Claims: | $18,305.24 | Arrearages: | $1,336.62 |
| Paid to Trustee: | $1,738.90 | Total Plan Base: | $39,659.67 |
| Funds on Hand: | $639.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.