Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 18-15862-AMC

EDWIN GRUBB  
875 GERANIUM DRIVE  
WARRINGTON  PA    18974

Petition Filed Date: 09/06/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $710.00 | | 06/01/2021 | $710.00 | | 07/01/2021 | $710.00 | |
| 08/02/2021 | $710.00 | 8/2/2021 | 08/31/2021 | $710.00 | | 10/01/2021 | $710.00 | |
| 11/01/2021 | $710.00 | | 12/02/2021 | $710.00 | | 01/03/2022 | $710.00 | |
| 01/31/2022 | $710.00 | | 03/03/2022 | $710.00 | | 03/31/2022 | $710.00 | |
| 05/02/2022 | $710.00 | | 06/01/2022 | $710.00 | | 07/01/2022 | $710.00 | |
| 08/01/2022 | $710.00 | | | | | | | |

**Total Receipts for the Period: $11,360.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,623.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $3,890.28 | $2,945.90 | $944.38 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $4,484.78 | $3,396.07 | $1,088.71 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $7,623.03 | $5,772.53 | $1,850.50 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $1,263.57 | $956.83 | $306.74 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $14,599.25 | $11,055.25 | $3,544.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $2,333.06 | $1,766.68 | $566.38 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | McCULLOUGH EISENBERG LLC<br>»» 008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 18-15862-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,623.14 | Current Monthly Payment: | $653.33 |
| Paid to Claims: | $27,393.26 | Arrearages: | ($110.09) |
| Paid to Trustee: | $2,576.68 | Total Plan Base: | $39,659.67 |
| Funds on Hand: | $653.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.