| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-15862-AMC**

EDWIN  GRUBB
875 GERANIUM DRIVE
WARRINGTON  PA    18974

Petition Filed Date: 09/06/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $710.00 | | 08/31/2022 | $710.00 | | 10/03/2022 | $710.00 | |
| 10/31/2022 | $710.00 | | 12/02/2022 | $710.00 | | 01/04/2023 | $710.00 | |
| 01/31/2023 | $710.00 | | 03/03/2023 | $710.00 | | 03/31/2023 | $710.00 | |
| 05/01/2023 | $710.00 | | 06/01/2023 | $710.00 | | 07/05/2023 | $710.00 | |

**Total Receipts for the Period:  $8,520.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,433.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»»  004 | Unsecured Creditors | $3,890.28 | $3,835.27 | $55.01 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»»  005 | Unsecured Creditors | $4,484.78 | $4,421.35 | $63.43 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $7,623.03 | $7,515.23 | $107.80 |
| 6 | CAPITAL ONE NA<br>»»  006 | Unsecured Creditors | $1,263.57 | $1,245.70 | $17.87 |
| 1 | CITIZENS BANK NA<br>»»  001 | Unsecured Creditors | $14,599.25 | $14,392.79 | $206.46 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $2,333.06 | $2,300.06 | $33.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | McCULLOUGH EISENBERG LLC<br>»»  008 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 18-15862-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,433.14 | Current Monthly Payment: | $653.33 |
| Paid to Claims: | $35,210.40 | Arrearages: | $573.20 |
| Paid to Trustee: | $3,222.74 | Total Plan Base: | $39,659.67 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.