Certificate Number: 15317-PAE-DE-037754468

Bankruptcy Case Number: 18-15862



15317-PAE-DE-037754468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2023, at 2:42 o'clock PM PDT, Edwin Grubb completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 11, 2023              By:    /s/Christel Raz

                                        Name:  Christel Raz

                                        Title: Counselor