United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15862-amc |
| Edwin Grubb | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edwin Grubb, 875 Geranium Drive, Warrington, Pa 18976-2487 |
| 14192161 | | Citizens Bank Home Loans, 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 14247828 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14213981 | + | Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14192158 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:55:45 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14215299 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:55:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14194832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2023 01:13:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop JCA115, Johnston R.I.02919 |
| 14192159 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:57:03 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14209440 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:25:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14225777 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:56:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14192160 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2023 01:13:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14192162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2023 00:27:20 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14192164 | + | Email/Text: bankruptcy@oliphantfinancial.com | Sep 26 2023 01:13:00 | Oliphant Financial LLC, 2601 Cattlemen Rd, Sarasota, FL 34232-6231 |
| 14229952 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2023 01:27:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14192165 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 26 2023 01:13:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14211506 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 26 2023 01:13:00 | Toyota Motor Credit Corporation, PO Box 9013, |

Case 18-15862-amc    Doc 53    Filed 09/27/23    Entered 09/28/23 00:33:33    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 19 |

| 14192163 | Email/Text: PBNCNotifications@peritusservices.com | | Addison, Texas 75001-9013 |
| | | Sep 26 2023 01:13:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14192157 | | 18-15862 |
| 14215300 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

**Name**         **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CAROL B. MCCULLOUGH
   on behalf of Debtor Edwin Grubb mcculloughseisenberg@gmail.com
   cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

PAUL H. YOUNG
   on behalf of Debtor Edwin Grubb support@ymalaw.com
   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT PATRICK WENDT
   on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com  LeopoldAssociatesPAX6428@projects.filevine.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edwin Grubb

    Debtor(s)

Case No: 18−15862−amc

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/25/23

52 − 51
Form 138OBJ